**Order filed July 30, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

NO. 01-12-01138-CR
01-12-001139-CR
01-12-01140-CR
01-12-01141-CR
_____

**JEROME GOODY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1339911, 1339912, 11339913, 11339914

# ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **sealed exhibits.**

The clerk of the 178th District Court is directed to deliver to the Clerk of this court the original of sealed exhibits, on or before **August 6, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of sealed exhibits, to the clerk of the 178th District Court.

PER CURIAM